| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aviza Technology, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>New Athletics, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>20-1979646 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>440 Kings Village Road<br>Scotts Valley, CA<br>ZIP CODE 95066 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Santa Cruz | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | Aviza Technology, Inc. |

<table>
<tr><td colspan="3" align="center"><b>All Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet.)</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor</b> (If more than one, attach additional sheet.)</td></tr>
<tr><td>Name of Debtor:</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **(To be completed if debtor is an individual whose debts are primarily consumer debts.)**<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Aviza Technology, Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>　　Signature of Debtor<br><br>X _____<br>　　Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐　I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐　Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>　　(Signature of Foreign Representative)<br><br>_____<br>　　(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X　/s/ John Walshe Murray<br>_____<br>Signature of Attorney for Debtor(s)<br>　John Walshe Murray<br>_____<br>Printed Name of Attorney for Debtor(s)<br>　Murray & Murray, A Professional Corporation<br>_____<br>Firm Name<br>　　　19400 Stevens Creek Blvd., Suite 200<br>_____<br>Address　Cupertino, California 95014-2548<br><br>_____<br>　(650) 852-9000<br>_____<br>Telephone Number<br>　June 9, 2009<br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>_____<br>X _____<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | *(continued — Non-Attorney Bankruptcy Petition Preparer)* |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X　/s/ Patrick C. O'Connor<br>_____<br>Signature of Authorized Individual<br>　Patrick C. O'Connor<br>_____<br>Printed Name of Authorized Individual<br>　Chief Financial Officer<br>_____<br>Title of Authorized Individual<br>　June 9, 2009<br>_____<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### Northern District of California

| | | |
|---|---|---|
| In re  Aviza Technology, Inc.            , | ) | Case No. _____ |
|  Debtor | ) | |
| | ) | |
| | ) | Chapter 11 |

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  000-51642            .

2. The following financial data is the latest available information and refers to the debtor's condition on May 1, 2009          .

a. Total assets — $ 10 - 50 Million

b. Total debts (including debts listed in 2.c., below) — $ 10 - 50 Million

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | |
|---|---|---|---|
| secured ☐ unsecured ☐ subordinated ☐ | $ _____ | _____ |
| secured ☐ unsecured ☐ subordinated ☐ | $ _____ | _____ |
| secured ☐ unsecured ☐ subordinated ☐ | $ _____ | _____ |
| secured ☐ unsecured ☐ subordinated ☐ | $ _____ | _____ |
| secured ☐ unsecured ☐ subordinated ☐ | $ _____ | _____ |

d. Number of shares of preferred stock _____ _____

e. Number of shares common stock  21,856,473   2,865

Comments, if any:

3. Brief description of debtor's business:

Aviza Technology, Inc. and its subsidiaries design, manufacture, sell and support advanced semiconductor capital equipment and process technologies for the global semiconductor industry and related markets.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

VantagePoint Venture Partners - 34.43%
CDPQ - 15.02%

# CORPORATE RESOLUTION

A telephonic meeting of the Board of Directors of Aviza Technology, Inc. (the "Corporation") was held on May 21, 2009. After discussion, upon motion duly made, seconded and carried, the following resolutions were adopted:

**WHEREAS**, the Corporation is in serious financial condition and is unable to continue without debt relief; and

**WHEREAS**, the Board of Directors has determined that it is in the best interest of the Corporation, its stockholders and creditors, to commence a case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

**NOW, THEREFORE**, be it hereby resolved, that this Board of Directors finds and determines that it is in the best interest of the Corporation, its stockholders and creditors for it to commence a case under Chapter 11 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that the officers and agents of the Corporation be, and each of them hereby is, empowered and directed without further action by this Board of Directors to prepare, sign and file, or cause to be prepared, signed and filed and prosecuted, a petition for relief under Chapter 11 of the Bankruptcy Code, all agreements, instruments and documents necessary to effect (i) a sale of all or a portion of the Corporation's assets, and (ii) a Chapter 11 plan of reorganization and all instruments useful and necessary to the confirmation and implementation of such plan;

**BE IT FURTHER RESOLVED that** Patrick C. O'Connor is designated and authorized to act as the "Responsible Person" for the corporation as may be required by the Local Bankruptcy Rules for the Northern District of California; and

**BE IT FURTHER RESOLVED** that the officers and agents of the corporation are authorized, empowered and directed to retain the Law Firm of Murray & Murray, A

Professional Corporation, to commence and prosecute the aforementioned Chapter 11 case, and

to do all things, and to prepare, sign and file all papers or documents necessary or proper to the

prosecution of said Chapter 11 case; and Murray & Murray is authorized to take such actions in

the bankruptcy case which Murray & Murray, in its discretion, concludes are necessary to

Murray & Murray's and/or the Corporation's fulfillment of its fiduciary obligations in the

bankruptcy case.


Dated: May 21, 2009

Patrick C. O'Connor
Chief Financial Officer

Case: 09-54511, Doc# 1, Filed: 06/09/09, Entered: 06/09/09 18:55:00 Page 6 of 15

JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: dkaelin@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| In re:<br><br>**AVIZA TECHNOLOGY, INC.,**<br>A Delaware corporation<br><br>Debtor.<br><br>440 Kings Village Road<br>Scotts Valley, CA 95066<br><br>Employer's Tax ID No.: 20-1979646 | )<br>)<br>) Case No. 09-\_\_\_\_\_-\_\_\_-11<br>)<br>)<br>) Chapter 11<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LIST OF CREDITORS HOLDING**
**20 LARGEST UNSECURED CLAIMS**

Attached hereto as **Exhibit "A"** is the list of the Debtor's creditors holding the 20 largest

unsecured claims. The list is prepared in accordance with Federal Rule of Bankruptcy Procedure

1007(d) for filing in this Chapter 11 case.

I, Patrick C. O'Connor, declare under penalty of perjury that I have read the LIST OF

CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS attached hereto as **Exhibit "A"** and that it is

/ / /

/ / /

Case: 09-54511   Doc# 1   Filed: 06/09/09   Entered: 06/09/09 18:55:00   Page 7 of 15

1    true and correct to the best of my knowledge, information and belief.

2    Dated:  June 9, 2009                          AVIZA TECHNOLOGY, INC.,
                                                    A DELAWARE CORPORATION
3

4                                                   By:   /s/ Patrick C. O'Connor
                                                          Patrick C. O'Connor
5                                                         Chief Financial Officer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 09-54511    Doc# 1    Filed: 06/09/09    Entered: 06/09/09 18:55:00    Page 8 of 15

**Aviza Technology, Inc.**

| Debtor | Case No. (If known) |

## Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 1  IPS, LTD<br>33 JIJE-DONG<br>PYEONGTAEK GYEONGGI 450-090<br>SOUTH KOREA | IPS, LTD<br>33 JIJE-DONG<br>PYEONGTAEK GYEONGGI 450-090<br>SOUTH KOREA<br>TEL: 82-31-659-2126<br>FAX: 82-31-655-7115 | TRADE PAYABLE | X | X | X | $60,000,000.00 |
| 2  ALLIANCE CONTRACT MANUFACTURING SDN BHD<br>PLOT 10, LORONG JELAWAT 6<br>SEBERANG JAYA INDUSTRIAL ESTATE<br>13700 PRAI, PENANG<br>MALAYSIA | ALLIANCE CONTRACT MANUFACTURING SDN BHD<br>PLOT 10, LORONG JELAWAT 6<br>SEBERANG JAYA INDUSTRIAL ESTATE<br>13700 PRAI, PENANG<br>MALAYSIA<br>TEL: 604-399-2922 | TRADE PAYABLE | X | X | X | $2,500,000.00 |
| 3  LATHAM & WATKINS LLP<br>ATTN: RUTH BRADON<br>135 COMMONWEALTH DRIVE<br>MENLO PARK, CA 94025 | LATHAM & WATKINS LLP<br>ATTN: RUTH BRADON<br>135 COMMONWEALTH DRIVE<br>MENLO PARK, CA 94025<br>TEL: 650-463-2619<br>FAX: 650-463-2600 | LEGAL SERVICES | | | | $1,876,942.46 |
| 4  SCIENTECH CORPORATION<br>13F-3, NO.248, SEC. 3,<br>NAN-JING EAST RD<br>TAIPEI, TAIWAN | SCIENTECH CORPORATION<br>13F-3, NO.248, SEC. 3,<br>NAN-JING EAST RD<br>TAIPEI, TAIWAN<br>TEL: 886-2-8751-2323<br>FAX: 886-2-8751-2020 | TRADE PAYABLE | | | | $1,197,758.24 |

Case: 09-54511, Doc# 1, Filed: 06/09/09, Entered: 06/09/09 18:55:00 Page 9 of 15

Form B4 (Official Form 4) - (12/07)

**Aviza Technology, Inc.**
_____                    _____
Debtor                                                                                                    Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 5   ASML<br>8555 S RIVER PARKWAY<br>TEMPE, AZ 85284-2601 | ASML<br>8555 S RIVER PARKWAY<br>TEMPE, AZ 85284-2601<br>TEL: 480-383-4422<br>FAX: 480-383-3995 | TRADE PAYABLE | | | | $585,964.94 |
| 6   MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: KARI AGUIAR<br>COUNSELORS AT LAW<br>PO BOX 79356<br>CITY OF INDUSTRY, CA 91716-9356 | MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: KARI AGUIAR<br>COUNSELORS AT LAW<br>PO BOX 79356<br>CITY OF INDUSTRY, CA 91716-9356<br>TEL: 650-843-7877<br>FAX: 650-843-4001 | LEGAL SERVICES, TRADE PAYABLE | | | | $282,494.84 |
| 7   ULTRA CLEAN TECHNOLOGY<br>ATTN: CHRISTINE SHODISS<br>PO BOX  45784<br>SAN FRANCISCO, CA 94145-0784 | ULTRA CLEAN TECHNOLOGY<br>ATTN: CHRISTINE SHODISS<br>PO BOX  45784<br>SAN FRANCISCO, CA 94145-0784<br>TEL: 510-576-4400<br>FAX: 510-576-4401 | TRADE PAYABLE | | | | $273,898.00 |
| 8   ARMANINO MCKENNA LLP<br>ATTN: MATT PERREAULT<br>12667 ALCOSTA BLVD. SUITE 500<br>SAN RAMON, CA 94583 | ARMANINO MCKENNA LLP<br>ATTN: MATT PERREAULT<br>12667 ALCOSTA BLVD. SUITE 500<br>SAN RAMON, CA 94583<br>TEL: 408-200-6400<br>FAX: 408-200-6401 | AUDIT SERVICES, TRADE PAYABLE | | | | $206,272.30 |
| 9   ORACLE CORPORATION<br>ATTN: CUSTOMER SERVICE<br>500 ORACLE PARKWAY<br>REDWOOD CITY, CA 94065 | ORACLE CORPORATION<br>ATTN: CUSTOMER SERVICE<br>500 ORACLE PARKWAY<br>REDWOOD CITY, CA 94065<br>TEL: 650-506.7000<br>FAX: 650-633.3047 | SOFTWARE SUPPORT CONTRACT, TRADE PAYABLE | | | | $167,356.18 |

Case: 09-54511, Doc# 1, Filed: 06/09/09, Entered: 06/09/09 18:55:00 Page 10 of 15

Form B4 (Official Form 4) - (12/07)

Aviza Technology, Inc.
_____          _____
Debtor                                                Case No. (If known)

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 10 ASTURIES MANUFACTURING COMPANY<br>ATTN: LUIS PEREZ<br>310 CESSNA CIRCLE<br>CORONA, CA 92880-2509 | ASTURIES MANUFACTURING COMPANY<br>ATTN: LUIS PEREZ<br>310 CESSNA CIRCLE<br>CORONA, CA 92880-2509<br>TEL: 951-270-1766<br>FAX: 951-270-1769 | TRADE PAYABLE | | | | $157,955.63 |
| 11 ADVANCED INTEGRATION TECHNOLOGIES<br>ATTN: GARY SCHMITT<br>43455 OSGOOD RD<br>FREMONT, CA 94539 | ADVANCED INTEGRATION TECHNOLOGIES<br>ATTN: GARY SCHMITT<br>43455 OSGOOD RD<br>FREMONT, CA 94539<br>TEL: 510-659-4900<br>FAX: 510-659-4909 | TRADE PAYABLE | | | | $145,893.03 |
| 12 GENMARK<br>ATTN: ELLEN WANG<br>1201 CADILLAC COURT<br>MILPITAS, CA 95035 | GENMARK<br>ATTN: ELLEN WANG<br>1201 CADILLAC COURT<br>MILPITAS, CA 95035<br>TEL: 408-678-8509<br>FAX: 408-678-8590 | TRADE PAYABLE | | | | $123,804.34 |
| 13 IBM GLOBAL SERVICES<br>ATTN: CRAIG HENSON<br>PO BOX 676673<br>DALLAS, TX 75267-6673 | IBM GLOBAL SERVICES<br>ATTN: CRAIG HENSON<br>PO BOX 676673<br>DALLAS, TX 75267-6673<br>TEL: 877-426-6006<br>FAX: - | IT SERVICES CONTRACT | | | | $118,154.00 |
| 14 AIR PRODUCTS & CHEMICALS INC<br>ATTN: CUSTOMER SERVICE<br>DEPT CH10200<br>PALATINE, IL 60055-0200 | AIR PRODUCTS & CHEMICALS INC<br>ATTN: CUSTOMER SERVICE<br>DEPT CH10200<br>PALATINE, IL 60055-0200<br>TEL: 610-481-5900<br>FAX: 610-481-4911 | TRADE PAYABLE | | | | $101,271.72 |

Case: 09-54511, Doc# 1, Filed: 06/09/09, Entered: 06/09/09 18:55:00 Page 11 of 15

Aviza Technology, Inc.
_____     _____
Debtor                                          Case No. (If known)

## Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 15 MKS<br>ATTN: MARK GIULIANO<br>C/O HPS<br>DEPT. 471<br>DENVER, CO 80291-0471 | MKS<br>ATTN: MARK GIULIANO<br>C/O HPS<br>DEPT. 471<br>DENVER, CO 80291-0471<br>TEL: 585-292-8812<br>FAX: 585-292-7492 | TRADE PAYABLE | | | | $83,831.96 |
| 16 DELAWARE SECRETARY OF STATE<br>#51-6000279<br>STATE OF DELAWARE<br>DIVISION OF CORPORATIONS<br>BALTIMORE, MD 21274-4072 | DELAWARE SECRETARY OF STATE<br>#51-6000279<br>STATE OF DELAWARE<br>DIVISION OF CORPORATIONS<br>BALTIMORE, MD 21274-4072<br>TEL: 302-739-3073<br>FAX: 302-739-3000 | TAXING AUTHORITIES, TRADE PAYABLE | | | | $66,000.00 |
| 17 MASS PRECISION SHEETMETAL, INC.<br>ATTN: JIM SHELTON<br>2110 OAKLAND RD<br>SAN JOSE, CA 95131 | MASS PRECISION SHEETMETAL, INC.<br>ATTN: JIM SHELTON<br>2110 OAKLAND RD<br>SAN JOSE, CA 95131<br>TEL: 408-954-0200<br>FAX: 408-954-0288 | TRADE PAYABLE | | | | $63,081.50 |
| 18 AFCO<br>ATTN: MAUREEN ARRINGTON<br>MELLON BANK<br>500 ROSS ST., RM 0960<br>PITTSBURGH, PA 15262 | AFCO<br>ATTN: MAUREEN ARRINGTON<br>MELLON BANK<br>500 ROSS ST., RM 0960<br>PITTSBURGH, PA 15262<br>TEL: 425-778-7099<br>FAX: 425-778-7000 | FINANCING AGREEMENT FOR INSURANCE PREMIUM, TRADE PAYABL | | | | $56,595.97 |
| 19 PG&E<br>ATTN: CASSAUNDRA GARDNER<br>CREDIT & RECORDS CENTER<br>ATTN: MELISSA OTERO, PO BOX 8329<br>STOCKTON, CA 95208 | PG&E<br>ATTN: CASSAUNDRA GARDNER<br>CREDIT & RECORDS CENTER<br>ATTN: MELISSA OTERO, PO BOX 8329<br>STOCKTON, CA 95208<br>TEL: 209-476-7663<br>FAX: 209-848-7663 | TRADE PAYABLE, UTILITIES | | | | $54,411.49 |

Case: 09-54511, Doc# 1, Filed: 06/09/09, Entered: 06/09/09 18:55:00 Page 12 of 15

Aviza Technology, Inc.
_____     _____
Debtor                                                   Case No. (If known)

## Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 20  ASTOUND GROUP<br>ATTN: KEVIN MORGAN<br>4020A SLADEVIEW CRES. UNIT 5<br>MISSISSAUGA, ON L5L 6B1 | ASTOUND GROUP<br>ATTN: KEVIN MORGAN<br>4020A SLADEVIEW CRES. UNIT 5<br>MISSISSAUGA, ON L5L 6B1<br>TEL: 905-569-1388<br>FAX: 905-569-0388 | TRADE PAYABLE | | | | $45,000.00 |

Case: 09-54511, Doc# 1, Filed: 06/09/09, Entered: 06/09/09 18:55:00 Page 13 of 15

```
1  JOHN WALSHE MURRAY (074823)
   ROBERT A. FRANKLIN (091653)
2  DORIS A. KAELIN (162069)
   MURRAY & MURRAY
3  A Professional Corporation
   19400 Stevens Creek Blvd., Suite 200
4  Cupertino, CA 95014-2548
   Telephone:  (650) 852-9000; (408) 907-9200
5  Facsimile:  (650) 852-9244
   Email:  jwmurray@murraylaw.com
6  Email:  rfranklin@murraylaw.com
   Email:  dkaelin@murraylaw.com
7

8  Attorneys for Debtor

9

10            UNITED STATES BANKRUPTCY COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13  In re:                        )
                                  )
14  AVIZA TECHNOLOGY, INC.,       )   Case No. 09-_____-___-11
       A Delaware corporation     )
15                                )
            Debtor.               )   Chapter 11
16                                )
       440 Kings Village Road     )
17     Scotts Valley, CA  95066   )
                                  )
18  Employer's Tax ID No.: 20-1979646 )
                                  )
19  _____ )
```

## DECLARATION OF JOHN WALSHE MURRAY
### RE COMPUTER GENERATED FORMS

I, John Walshe Murray, hereby declare:

    1.    I am an attorney licensed to practice before this Court, and I am a shareholder of the firm of Murray & Murray, A Professional Corporation, counsel to Aviza Technology, Inc., a Delaware corporation, the debtor herein.

    2.    All of the pleadings filed in commencement of the Chapter 11 bankruptcy case substantially conform to the official forms prescribed by the Federal Rules of Bankruptcy Procedure.

    I declare under penalty of perjury under the laws of the State of California that the foregoing

1   is true and correct to the best of my knowledge, information and belief.

2       Executed on June 9, 2009 at Cupertino, Santa Clara County, California.

3

4                                           By: /s/ John Walshe Murray
                                                John Walshe Murray
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 09-54511  Doc# 1  Filed: 06/09/09  Entered: 06/09/09 18:55:00  Page 15 of 15