| | |
|---|---|
| 1 | JOHN WALSHE MURRAY (074823) |
| | ROBERT A. FRANKLIN (091653) |
| 2 | DORIS A. KAELIN (162069) |
| | MURRAY & MURRAY |
| 3 | A Professional Corporation |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 4 | Cupertino, CA 95014-2548 |
| | Telephone: (650) 852-9000; (408) 907-9200 |
| 5 | Facsimile: (650) 852-9244 |
| | Email: jwmurray@murraylaw.com |
| 6 | Email: rfranklin@murraylaw.com |
| | Email: dkaelin@murraylaw.com |

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| In re: | ) Jointly Administered Chapter 11 Cases |
|---|---|
| **AVIZA TECHNOLOGY, INC.,** | ) Case No. 09-54511-RLE-11 |
| A Delaware corporation | ) |
| Employer's Tax ID No.: 20-1979646 | ) |
| **AVIZA, INC.,** | ) Case No. 09-54514-RLE-11 |
| A Delaware corporation | ) |
| Employer's Tax ID No.: 20-0249205 | ) |
| **TRIKON TECHNOLOGIES, INC.,** | ) Case No. 09-54515-RLE-11 |
| A Delaware corporation | ) |
| Employer's Tax ID No.: 95-4054321 | ) |
| Debtor(s). | ) |
| 440 Kings Village Road | ) |
| Scotts Valley, CA 95066 | ) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF SANTA CLARA     )

I am a citizen of the United States and employed in Santa Clara County. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 19400 Stevens Creek Boulevard, Suite 200, Cupertino, CA 95014-2548.

On July 17, 2009, at my place of business, I served a true and correct copy of the following document(s):

1. **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF ACCOUNTANTS (MOHLER, NIXON & WILLIAMS).**

in the manner indicated below:

☒ By e-mail transmission sending a true copy of the said document(s) to the person(s) indicated below:

*Office of the United States Trustee*
Office of the United States Trustee
Attn: Nanette Dumas
**E-Mail: nanette.dumas@usdoj.gov**

*Request For Special Notice*
Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
**E-Mail: fholden@orrick.com**

*Counsel for Creditors' Committee*
Michael W. Malter, Robert G. Harris, Julie Rome-Banks, Wendy W. Smith
Binder & Malter LLP
**Email: rob@bindermalter.com**
**Email: michael@Bindermalter.com**
**Email: julie@BinderMalter.com**
**Email: wendy@BinderMalter.com**

This Certificate was executed on July 17, 2009 at Cupertino, Santa Clara County, California. I declare under penalty of perjury that the foregoing is true and correct.

                                        */s/ Yolanda H. Espinoza*
                                        Yolanda H. Espinoza