MATTHEW A JOSEPH (88460)
LAW OFFICES OF MATTHEW A. JOSEPH
1900 So. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone: 650-326-7287
Facsimile: 650-326-7289
Email: matt@josephlaw.com

Attorneys for Debtors

**FILED**

APR 0 7 2010

CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Jointly Administered Chapter 11 Cases |
| **ATI LIQUIDATING, INC.,**<br>formerly known as<br>Aviza Technology, Inc.,<br>Employer's Tax ID No.: 20-1979646 | Case No. 09-54511-RLE-11 |
| **AI LIQUIDATING, INC.,**<br>formerly known as Aviza, Inc.,<br>Employer's Tax ID No.: 20-0249205 | Case No. 09-54514-RLE-11 |
| **TTI LIQUIDATING, INC.,**<br>formerly known as<br>Trikon Technologies, Inc.,<br>Employer's Tax ID No.: 95-4054321 | Case No. 09-54515-RLE-11 |
| | Date: April 28, 2010<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court |
| Debtor(s). | 280 S. First Street, Room 3099<br>San Jose, CA 95113 |
| 440 Kings Village Road<br>Scotts Valley, CA 95066 | Judge: Honorable Roger L. Efremsky |

## <u>APPLICATION FOR FINAL APPROVAL OF INTERIM AWARD FOR ATTORNEY'S FEES</u>
### (Law Offices Of Matthew A. Joseph)

**To:** **The Honorable Roger L. Efremsky, United States Bankruptcy Judge:**

The APPLICATION FOR FINAL APPROVAL OF INTERIM AWARD FOR ATTORNEY'S FEES (the

"Application") filed by the Law Offices of Matthew A. Joseph ("Joseph") respectfully represents:

On November 19, 2010, the Court entered the ORDER RE FIRST APPLICATION FOR INTERIM

Case: 09-54511    Doc# 538    Filed: 04/07/10    Entered: 04/07/10 15:35:06    Page 1 of 2

COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (the "Order") approving on an interim basis, $11,760.00 of fees sought by the Joseph in the FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (the "First Application"). Joseph has not incurred additional fees since the First Application.

**WHEREFORE,** Joseph prays that this Court enter its Order (i) approving the $11,760.00 of fees already approved by the Court on a final basis; and (ii) for such other and further relief as the Court deems just and proper.

Dated: April 7, 2010

Respectfully submitted,

LAW OFFICES OF MATTHEW A. JOSEPH

By:  */s/ Matthew A. Joseph*
Matthew A. Joseph
Special Counsel for Debtors

Case: 09-54311   Doc# 538   Filed: 04/07/10   Entered: 04/07/10 13:33:00   Page 2 of 2