AVERY N. GOLDSTEIN (P54063, MD)
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKY, P.C.
2701 Troy Center Drive, Suite 330
Troy, MI 48007-7021
Telephone: 248-647-6000
Facsimile: 248-647-5210
Email: agoldstein@patlaw.com

Attorneys for Debtors

**FILED**

APR 0 7 2010

CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Jointly Administered Chapter 11 Cases |
| **ATI LIQUIDATING, INC.**, formerly known as Aviza Technology, Inc., Employer's Tax ID No.: 20-1979646 | Case No. 09-54511-RLE-11 |
| **AI LIQUIDATING, INC.**, formerly known as Aviza, Inc., Employer's Tax ID No.: 20-0249205 | Case No. 09-54514-RLE-11 |
| **TTI LIQUIDATING, INC.**, formerly known as Trikon Technologies, Inc., Employer's Tax ID No.: 95-4054321 | Case No. 09-54515-RLE-11 |
| Debtor(s). 440 Kings Village Road Scotts Valley, CA 95066 | Date: April 28, 2010<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>280 S. First Street, Room 3099<br>San Jose, CA 95113<br>Judge: Honorable Roger L. Efremsky |

### FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS
(GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.)

RPR
K:\Aviza\Pld\FeeApps\Gifford\Fee App v3.docx

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (GIFFORD, KRASS)

Case: 09-54511    Doc# 540    Filed: 04/07/10    Entered: 04/07/10 14:03:07    Page 1 of 18

# FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS

**To:** The Honorable Roger L. Efremsky, United States Bankruptcy Judge:

The FIRST AND FINAL APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS[1] (the "Application") of Gifford, Krass, Groh, Sprinkle, Anderson & Citkowski, P.C. ("Gifford" or your "Applicant") respectfully represents:

## 1. Notice

Notice of the hearing on this Application is being provided pursuant to this Court's ORDER LIMITING NOTICE entered on June 12, 2009, on the Debtors, the Official Committee of Unsecured Creditors and counsel for the Committee; all creditors listed on the Debtors' List of Creditors Holding 20 Largest Unsecured Claims; all secured creditors; the Office of the United States Trustee; and any party in interest who has requested special notice.

## 2. Employment Authorization

Prior to the Petition Date, the Debtors utilized the Applicant to advise and represent them on the matters described in the EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e) (the "Employment Application"), which was filed with this Court on July 9, 2009. The Employment Application sought to employ Gifford as special counsel to:

    a. Perform services as patent counsel including performing patentability searches, monitoring patent applications, tracking of critical due dates and patent prosecution, both in the United States and abroad; and

    b. Perform other related services as requested by the Debtors.

On July 17, 2009, this Court entered the ORDER GRANTING EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e) (the "Order") which authorized the Debtors to employ your Applicant as special counsel. A copy of the Order is attached hereto as **Exhibit "A"** and incorporated herein.

---

[1] Capitalized terms not defined herein are given the same meaning ascribed in the Employment Application.

Case: 09-54511  Doc# 540  Filed: 04/07/10  Entered: 04/07/10 14:03:27  Page 2 of 18

1    FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (GIFFORD, KRASS)

3. **Applicant's Fees**

Applicant seeks final approval of its fees incurred in this Chapter 11 case from June 9, 2009 through March 31, 2010 (the "Application Period") in the amount of $2,490. Your Applicant does not anticipate any additional fees in this case. These fees can be broken down on a monthly basis as follows:

| Month | Fees | Total |
|---|---|---|
| July | $ 960.00 | $ 960.00 |
| January | $ 540.00 | $ 540.00 |
| February | $ 570.00 | $ 570.00 |
| March | $ 420.00 | $ 420.00 |
| **Total Fees Incurred** | $ 2,490.00 | $ 2,490.00 |
| **Total Fees** | | 2,490.00 |

4. **Prior Compensation**

This is the Applicant's first application for compensation in the within case.

5. **Source of Compensation**

The source of compensation to be paid to your Applicant is cash held by the Debtors and the proceeds of the sale of assets to Sumitomo Precision Products Co., Ltd.

6. **History of the Case**

The full history and factual background for the cases, including the cases' success and progress, may be found in the SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEYS FOR DEBTORS (the "Murray Application") filed by Murray & Murray, bankruptcy counsel for the Debtors.

7. **Administrative Claims**

The only unpaid Chapter 11 administrative claims of which your Applicant is aware are those sums owns to professionals of the Debtors, as set forth in the Murray Application.

8. **Cash on Hand**

As of February 26, 2010, the Debtors report in the Monthly Operating Report that it had cash on hand of $2,370,945.00.

///

///

RPR
K:\Aviza\Pld\FeeApps\Gifford\Fee App v3.docx

2  FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (GIFFORD, KRASS)

Case: 09-54511   Doc# 540   Filed: 04/07/10   Entered: 04/07/10 14:03:07   Page 3 of 18

9. **Project Billing**

Due to the limited nature of the Applicant's request (under $10,000), and as allowed in the GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS AND TRUSTEES the Applicant's time records are not divided into project billing categories.

During the Application Period the Applicant spent time monitoring patent applications and tracking critical due dates, both in the United States and abroad. This included the review of the Debtors' patent portfolio and correspondence with foreign counsel regarding expiring patents. Applicant's fees related to this work are set forth and described in detail in the time record attached as **Exhibit "B"**.

10. **Billing Summary**

In the course of its representation of the Debtors for this Application Period, the Applicant has devoted 8.3 hours of professional time in the performance of such services as indicated on **Exhibit "B"**.

11. **No Sharing Of Compensation**

The Applicant has not shared any prior compensation and no agreement or understanding exists between Gifford and any other person for the sharing of compensation received or to be received for services rendered in, or in connection with, this case, except with the regular partners of Gifford.

12. **Unpaid Chapter 11 Expense Of Administration Claims**

The only unpaid Chapter 11 expense of administration claims, other than the claim of your Applicant as set forth herein, are those of the Debtors' other professionals, as set forth in the Murray Application. Your Applicant is advised by the Debtors that all other obligations incurred by the Debtors since the commencement of the case are being paid in the ordinary course of the Debtors' business.

13. **Relief Requested**

By this Application, Gifford seeks allowance and approval of payment for all fees incurred by Gifford in its representation of the Debtors during this Application Period but not yet compensated or reimbursed. Specifically, Gifford requests final approval of its Chapter 11 fees

RPR
K:\Avid\001-45\1st Gifford Fee App 5-40.x

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (GIFFORD, KRASS)

Case: 09-54511 Doc# 540    Filed: 04/07/10    Entered: 04/07/10 14:23:07    Page 4 of 18

incurred during this Application Period in the amounts of $2,490. In view of the time expended, the responsibilities assumed, and the reputation and skill of Gifford in the field of patent law, Gifford respectfully submits that the foregoing represents the reasonable value of the services rendered. Gifford believes that the services rendered were necessary, and that the fees requested constitute reasonable and necessary fees expended on behalf of the estate.

**WHEREFORE**, the Applicant prays that this Court enter its Order (i) approving the attorneys' fees incurred by Applicant in its representation of the Debtors from June 9, 2009 through March 31, 2010 in the sum of $2,490; (ii) authorizing and directing the Debtors to pay Applicant the sum of $2,490 for services rendered from June 9, 2009 through March 31, 2010 but not yet compensated; and (iii) for such other and further relief as the Court deems just and proper.

Dated: April 6, 2010

Respectfully submitted,

GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.

By: /s/ Avery N. Goldstein
Avery N. Goldstein
Special Counsel for Debtors

RPR
K:\Aviza\Pld\FeeApps\Gifford\Fee App v3.docx

4  FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (GIFFORD, KRASS)

Case: 09-54511    Doc# 540    Filed: 04/07/10    Entered: 04/07/10 14:03:07    Page 5 of 18

# CERTIFICATION RE COMPLIANCE WITH GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS

I, Avery N. Goldstein, am the professional designated by Gifford, Krass, Groh, Sprinkle, Anderson & Citkowski, P.C. (the "<u>Applicant</u>") with the responsibility in these cases for compliance with the GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS AND TRUSTEES (the "<u>Guidelines</u>") promulgated by this Court on July 8, 2004, and I hereby certify that:

(1) I have read the foregoing Application;

(2) To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought herein is in conformity with the Guidelines, except as follows:

    a. As explained in the Application, due to the limited nature of the request (less than $10,000) the Applicant's time records are not divided into project billing categories.

(3) The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Applicant's clients;

(5) Fees paid to the Applicant from, or on behalf of, the Debtors or their estates have not been and will not be divided or shared with any other person, natural or otherwise;

(6) All of the time records attached to this Application are accurate and were recorded in the regular and ordinary course of business contemporaneously with the services provided; and

(7) This Application was transmitted to the Debtors with the cover letter required by the Guidelines, a copy of which is attached hereto as **Exhibit "C"** and by this reference incorporated herein.

I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

Executed this 6th day of April, 2010.

/s/ Avery N. Goldstein
Avery N. Goldstein

RPR
K:\Aviza\Pld\FeeApps\Gifford\Fee App v3.docx

5    FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (GIFFORD, KRASS)

Case: 09-54511    Doc# 540    Filed: 04/07/10    Entered: 04/07/10 14:03:05    Page 6 of 18

# EXHIBIT INDEX

**EXHIBIT A**  Order Authorizing and Approving Employment of Counsel
**EXHIBIT B**  Billing Detail
**EXHIBIT C**  Letter to Debtors re First Application

AVERY N. GOLDSTEIN (P54063, MD)
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKY, P.C.
2701 Troy Center Drive, Suite 330
Troy, MI 48007-7021
Telephone: 248-647-6000
Facsimile: 248-647-5210
Email: agoldstein@patlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Jointly Administered Chapter 11 Cases |
| **ATI LIQUIDATING, INC.,** formerly known as Aviza Technology, Inc., Employer's Tax ID No.: 20-1979646 | Case No. 09-54511-RLE-11 |
| **AI LIQUIDATING, INC.,** formerly known as Aviza, Inc., Employer's Tax ID No.: 20-0249205 | Case No. 09-54514-RLE-11 |
| **TTI LIQUIDATING, INC.,** formerly known as Trikon Technologies, Inc., Employer's Tax ID No.: 95-4054321 | Case No. 09-54515-RLE-11 |
| Debtor(s). 440 Kings Village Road Scotts Valley, CA 95066 | Date: April 28, 2010<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>280 S. First Street, Room 3099<br>San Jose, CA 95113<br>Judge: Honorable Roger L. Efremsky |

EXHIBIT "A"

To

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES BY SPECIAL COUNSEL FOR THE DEBTORS
(GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKY, P.C.)

EXHIBIT COVER
Case: 09-54511  Doc# 540  Filed: 04/07/10  Entered: 04/07/10 14:03:07  Page 8 of 18

Entered on Docket
July 17, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 17, 2009

Roger L. Efremsky
U.S. Bankruptcy Judge

JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: dkaelin@murraylaw.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Jointly Administered Chapter 11 Cases |
| AVIZA TECHNOLOGY, INC., A Delaware corporation Employer's Tax ID No.: 20-1979646 | Case No. 09-54511-RLE-11 |
| AVIZA, INC., A Delaware corporation Employer's Tax ID No.: 20-0249205 | Case No. 09-54514-RLE-11 |
| TRIKON TECHNOLOGIES, INC., A Delaware corporation Employer's Tax ID No.: 95-4054321 | Case No. 09-54515-RLE-11 |
| Debtor(s). 440 Kings Village Road Scotts Valley, CA 95066 | [*No Hearing Requested*] |

ORDER GRANTING EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING
EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)
(GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.)

Case: 09-54511 Doc# 98 Filed: 07/17/09 Entered: 07/17/09 ... 1 ORDER GRANTING EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL COUNSEL (GIFFORD, KRASS, GROH, SPRINKLE.....)

Case: 09-54511   Doc# 540   Filed: 04/07/10   Entered: 04/07/10 14:03:07   Page 9 of 18

The Ex Parte Application For Order Authorizing And Approving Employment Of Special Counsel Pursuant To 11 U.S.C. § 327(e) (the "Application") of Aviza Technology, Inc., Aviza, Inc., and Trikon Technologies, Inc., the debtors and debtors in possession (the "Debtors") in the above-captioned jointly administered Chapter 11 cases, seeking authority to employ Gifford, Krass, Groh, Sprinkle, Anderson & Citkowski, P.C. ("Gifford") as their special counsel in these cases having been filed with the Court; it appearing to the Court that Gifford does not hold or represent an interest adverse to the Debtors or to the estates for the matters on which it is to be employed; that Gifford's employment is necessary and is in the best interest of the bankruptcy estates; it further appearing to this Court that notice or a hearing on said Application is not necessary or appropriate; and good cause appearing therefor,

It Is Hereby Ordered as follows:

1. The Application is approved.

2. The Debtors are authorized to employ Gifford as Debtors' special counsel in aid of these proceedings, upon the terms and conditions set forth in the Application, effective as of the Petition Date.

2. The Debtors are authorized to employ Gifford for the following purposes upon the terms and conditions described in the Application:

    a. Perform services as patent counsel including performing patentability searches, monitoring patent applications, tracking of critical due dates, and patent prosecution, both in the United States and abroad; and

    b. Perform other related services as requested by the Debtors.

3. It is not necessary for the Debtors to file separate applications for authority to employ Gifford in the Aviza, Inc. and Trikon Technologies, Inc. cases, and that the Application and this order approving it, will suffice as authority for the Debtors' employment of Gifford in all three jointly administered cases.

4. Gifford may maintain a single record of attorneys' time and costs for all three bankruptcy estates.

**\*\*END OF ORDER\*\***

RPR
Case: 09-54541 Doc# 98, Filed: 07/17/09, Entered: 07/17/09 ... 2 ORDER GRANTING EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL COUNSEL (GIFFORD, KRASS, GROH, SPRINKLE.....)

Case: 09-54511 Doc# 540 Filed: 04/07/10 Entered: 04/07/10 14:03:07 Page 10 of 18

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | **Debtor** |
| 3 | Patrick C. O'Connor<br>Aviza Technology, Inc. |
| 4 | 440 Kings Village Road<br>Scotts Valley, CA 95066 |
| 5 | |
| 6 | **U.S. Trustee**<br>Office of the U.S. Trustee |
| 7 | Attn: Nanette Dunas<br>U.S. Federal Building |
| 8 | 280 S. First Street, #268<br>San Jose, CA 95113-3004 |
| 9 | |
| 10 | **Attorneys for Debtor**<br>John Walshe Murray |
| 11 | Murray & Murray<br>A Professional Corporation |
| 12 | 19400 Stevens Creek Blvd., Suite 200<br>Cupertino, CA 95014-2548 |

Case: 09-54511 Doc# 98 Filed: 07/17/09 Entered: 07/17/09 15:04:14 Page 3 of ... ORDER GRANTING EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL COUNSEL (GIFFORD, KRASS, GROH, SPRINKLE.....)

Case: 09-54511 Doc# 540 Filed: 04/07/10 Entered: 04/07/10 14:03:07 Page 11 of 18

AVERY N. GOLDSTEIN (P54063, MD)
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKY, P.C.
2701 Troy Center Drive, Suite 330
Troy, MI 48007-7021
Telephone: 248-647-6000
Facsimile: 248-647-5210
Email: agoldstein@patlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Jointly Administered Chapter 11 Cases |
| **ATI LIQUIDATING, INC.,** formerly known as Aviza Technology, Inc., Employer's Tax ID No.: 20-1979646 | Case No. 09-54511-RLE-11 |
| **AI LIQUIDATING, INC.,** formerly known as Aviza, Inc., Employer's Tax ID No.: 20-0249205 | Case No. 09-54514-RLE-11 |
| **TTI LIQUIDATING, INC.,** formerly known as Trikon Technologies, Inc., Employer's Tax ID No.: 95-4054321 | Case No. 09-54515-RLE-11 |
| Debtor(s). 440 Kings Village Road Scotts Valley, CA 95066 | Date: April 28, 2010<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court 280 S. First Street, Room 3099 San Jose, CA 95113<br>Judge: Honorable Roger L. Efremsky |

EXHIBIT "B"

To

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES BY SPECIAL COUNSEL FOR THE DEBTORS**
(GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKY, P.C.)

**GIFFORD, KRASS, SPRINKLE, ANDERSON & CITKOWSKI, P.C.**
PATENT, TRADEMARK, AND COPYRIGHT PRACTICE
P.O. BOX 7021
TROY, MICHIGAN 48007-7021
(248) 647-6000
Facsimile (248) 647-5210


Aviza Technology
c/o The Law Office of Murray and Murray
Attention: John Walshe Murray, Esq.
19400 Stevens Creek Blvd.
Suite 200
Cupertino, CA 95014

| | |
|---|---|
| Invoice Date: | October 31, 2009 |
| Bill Through Date: | October 26, 2009 |
| Invoice Number: | 67154 |
| Our Reference: | 38AVZB |

## Invoice Detail

**AVZB-1000/38 - GENERAL MATTERS**

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 07/22/09 | ANG | Services rendered relating to the indicated file including portfolio review and maintenance. | | | |
| | | | 3.20 hrs 300.00/hr | | $960.00 |
| | | **Total Professional Services for this matter:** | | | **$960.00** |

## Invoice Summary

| | | | |
|---|---|---|---|
| PH.D., Avery N. Goldstein | 3.20 hrs | $300.00/hr | $960.00 |
| TOTAL PROFESSIONAL SERVICES | | | $960.00 |
| | | | |
| Foreign associate's services a | | | $0.00 |
| TOTAL DISBURSEMENTS INCURRED | | | $0.00 |
| NET CURRENT CHARGES | | | $960.00 |
| **TOTAL BALANCE NOW DUE** | | | **$960.00** |

Case: 09-54511   Doc# 540   Filed: 04/07/10   Entered: 04/07/10 14:03:07   Page 14 of 18

GIFFORD, KRASS, SPRINKLE, ANDERSON & CITKOWSKI, P.C.
PATENT, TRADEMARK AND
COPYRIGHT PRACTICE P.O. BOX
7021
TROY, MICHIGAN
48007-7021 (248)
647-6000
Facsimile (248) 647-5210

Rachel Patience Ragni
Murray & Murray
A Professional Corporation
19400 Stevens Creek Boulevard, Suite 200
Cupertino, California 95014-2526
Tel (650) 852-9000
Fax (650) 852-9244

| | Invoice Date: | March 30, 2010 |
| --- | --- | --- |
| | Bill Through Date: | March 30, 2010 |

**Invoice Detail**

Gifford Ref. No.: AVZA-10080/38
Client Ref: Aviza

PROFESSIONAL
SERVICES

| Date | Atty | Description | Hours/Rate | Amount |
| --- | --- | --- | --- | --- |
| 01/11/10 | ANG | Review of Aviza US and foreign portfolio. | 1.8 hrs 300.00/hr | $540 |
| 02/12/10 | ANG | Review of Aviza US and foreign portfolio | 1.1 hrs 300.00/hr | $330 |
| 2/24/10 | ANG | Correspondence with Taiwanese counsel regarding disposition of AVZ-10954/38 | 0.80 hrs 300.00/hr | $240 |
| 03/09/10 | ANG | Review of Aviza US and foreign portfolio. | 1.4 hrs 300.00/hr | $420 |
| | | | Total | $1530 |

```
 1  AVERY N. GOLDSTEIN (P54063, MD)
    GIFFORD, KRASS, GROH, SPRINKLE,
 2  ANDERSON & CITKOWSKY, P.C.
    2701 Troy Center Drive, Suite 330
 3  Troy, MI 48007-7021
    Telephone: 248-647-6000
 4  Facsimile: 248-647-5210
    Email: agoldstein@patlaw.com
 5
 6  Attorneys for Debtors
 7
 8              UNITED STATES BANKRUPTCY COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
```

| | |
|---|---|
| In re: | Jointly Administered Chapter 11 Cases |
| **ATI LIQUIDATING, INC.,**<br>formerly known as<br>Aviza Technology, Inc.,<br>Employer's Tax ID No.: 20-1979646 | Case No. 09-54511-RLE-11 |
| **AI LIQUIDATING, INC.,**<br>formerly known as Aviza, Inc.,<br>Employer's Tax ID No.: 20-0249205 | Case No. 09-54514-RLE-11 |
| **TTI LIQUIDATING, INC.,**<br>formerly known as<br>Trikon Technologies, Inc.,<br>Employer's Tax ID No.: 95-4054321 | Case No. 09-54515-RLE-11 |
| Debtor(s).<br>440 Kings Village Road<br>Scotts Valley, CA 95066 | Date: April 28, 2010<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>280 S. First Street, Room 3099<br>San Jose, CA 95113<br>Judge: Honorable Roger L. Efremsky |

EXHIBIT "C"

To

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES BY SPECIAL COUNSEL FOR THE DEBTORS
(GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKY, P.C.)

ERNEST I. GIFFORD (1)
ALLEN M. KRASS
DOUGLAS W. SPRINKLE
THOMAS E. ANDERSON (1)
RONALD W. CITKOWSKI
JULIE A. GREENBERG
DOUGLAS J. McEVOY
JOHN G. POSA
DOUGLAS L. WATHEN
AVERY N. GOLDSTEIN, Ph.D.
MARK D. SCHNEIDER
KEVIN S. MacKENZIE
JULIE K. STAPLE, Ph.D.
MARTIN S. BANCROFT, Ph.D. (2)
MARK A. HARPER, Ph.D.
JOHN CHAU
CESARE A. SCLAFANI
ERIN B. KLUG
WESTON R. GOULD, Ph.D. (3)

(1) ALSO ADMITTED IN FLORIDA
(2) ALSO ADMITTED IN NEW YORK
(3) ONLY ADMITTED IN CONNECTICUT



# GIFFORD, KRASS, SPRINKLE, ANDERSON & CITKOWSKI, P.C.

PATENT, TRADEMARK & COPYRIGHT PRACTICE

MAIN OFFICE
2701 TROY CENTER DRIVE
SUITE 330
P.O. BOX 7021
TROY, MICHIGAN 48007-7021
TELEPHONE (248) 647-6000
FAX (248) 647-5210

ANN ARBOR OFFICE
303 DETROIT STREET
SUITE 300
ANN ARBOR, MICHIGAN 48104-1144
TELEPHONE (734) 913-9300
FAX (734) 913-6007

FLORIDA OFFICE
101 WEST VENICE AVENUE
SUITE 28
VENICE, FLORIDA 34285
TELEPHONE (941) 488-4245

INFO@PATLAW.COM
WWW.PATLAW.COM

**ATI LIQUIDATING, INC.**
Aviza Technology, Inc.
440 Kings Village Road
Scotts Valley, CA 95066

    Attn.: Patrick C. O'Connor
          Chief Executive Officer

**AI LIQUIDATING, INC.**
fka Aviza, Inc.
440 Kings Village Road
Scotts Valley, CA 95066

    Attn.: Patrick C. O'Connor
          Chief Executive Officer

**TTI LIQUIDATING, INC.**
fka Trikon Technologies, Inc.
440 Kings Village Road
Scotts Valley, CA 95066

    Attn.: Patrick C. O'Connor
          Chief Executive Officer

    Re:   ATI Liquidating, Inc.; Case No. 09-54511-RLE-11
           AI Liquidating, Inc.; Case No. 09-54514-RLE-11
           <u>TTI Liquidating, Inc.; Case No. 09-54515-RLE-11</u>

Dear Mr. O'Connor:

    Enclosed please find a copy of THE GIFFORD KRASS FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEYS FOR DEBTOR which we are filing with the United States Bankruptcy Court (the "<u>Bankruptcy Court</u>"). The hearing on this application will be conducted in the Bankruptcy Court on April 28, 2010 at 10:30 o'clock a.m. before the Honorable Roger L. Efremsky.

    The Court's Guidelines for Compensation and Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will

GIFFORD, KRASS, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.

ATI Liquidating, Inc.
AI Liquidating, Inc.
TTI, Inc.
April 7, 2010
Page 2

also accept your comments. The Court will also consider timely filed objections by any party in interest at the time of the hearing.

Very truly yours,

Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C.
A Professional Corporation

By *[signature]*
Avery N. Goldstein, Ph.D.