1  MARC EDWARD GOTTSCHALK (171544)
   WILSON SONSINI GOODRICH & ROSATI
2  650 Page Mill Road
   Palo Alto, CA  94304-1050
3  Telephone: 650-493-9300
   Facsimile: 650-493-6811
4  Email:  mgottschalk@wsgr.com

5  Attorneys for Debtors

**FILED**

APR 0 7 2010

CLERK
United States Bankruptcy Court
San Jose, California

6

7            UNITED STATES BANKRUPTCY COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                  SAN JOSE DIVISION

10  In re:                                    )   Jointly Administered Chapter 11 Cases
                                              )
11                                            )
         **ATI LIQUIDATING, INC.,**           )   Case No. 09-54511-RLE-11
12       formerly known as                    )
         Aviza Technology, Inc.,              )
13       Employer's Tax ID No.: 20-1979646    )
                                              )
14                                            )
         **AI LIQUIDATING, INC.,**            )   Case No. 09-54514-RLE-11
15       formerly known as Aviza, Inc.,       )
         Employer's Tax ID No.: 20-0249205    )
16                                            )
                                              )
17       **TTI LIQUIDATING, INC.,**           )   Case No. 09-54515-RLE-11
         formerly known as                    )
18       Trikon Technologies, Inc.,           )
         Employer's Tax ID No.: 95-4054321    )
19                                            )   Date:   April 28, 2010
                                              )   Time:   10:30 a.m.
20               Debtor(s).                   )   Place:  United States Bankruptcy Court
                                              )           280 S. First Street, Room 3099
21       440 Kings Village Road               )           San Jose, CA  95113
         Scotts Valley, CA  95066             )   Judge:  Honorable Roger L. Efremsky
22                                            )

23

24  FIRST AND FINAL APPLICATION FOR COMPENSATION AND
    REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS
25  (WILSON SONSINI GOODRICH & ROSATI)

26  **To:    The Honorable Roger L. Efremsky, United States Bankruptcy Judge:**

27         The FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

28  BY SPECIAL COUNSEL FOR DEBTORS (the "Application") of Wilson Sonsini Goodrich & Rosati

K:\Aviza\Pld\FeeApps\WSGR\Fee App v2.docx                1    FIRST AND FINAL APPLICATION FOR COMPENSATION AND
                                                              REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR
                                                              DEBTORS (WILSON SONSINI GOODRICH & ROSATI)

Case: 09-54511   Doc# 542   Filed: 04/07/10   Entered: 04/07/10 ... by Special Counsel for
34

1  ("WSGR" or your "Applicant") respectfully represents:

2  **1.   Notice**

3  Notice of the hearing on this Application is being provided pursuant to this Court's ORDER

4  LIMITING NOTICE entered on June 12, 2009, on the Debtors[1], the Official Committee of Unsecured

5  Creditors and counsel for the Committee; all creditors listed on the Debtors' List of Creditors

6  Holding 20 Largest Unsecured Claims; all secured creditors; the Office of the United States Trustee;

7  and any party in interest who has requested special notice.

8  **2.   Employment Authorization**

9  Prior to the Petition Date, the Debtors utilized your Applicant to advise on the matters

10  described in the APPLICATION OF DEBTORS FOR ORDER AUTHORIZING AND APPROVING (i)

11  EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e) AND (ii) PAYMENT OF

12  RETAINER PURSUANT TO 11 U.S.C. § 363 (the "Employment Application"), which was filed with this

13  Court on July 9, 2009. The Employment Application sought to employ your Applicant as

14  accountants to:

15          **a)**   Serve as general real estate counsel for the Debtors;

16          **b)**   Perform services related to the sale of the Scotts Valley Site, including

17  attending meetings with potential buyers, negotiation and review of sale transaction documents, and

18  performing related services in furtherance of the sale of the Scotts Valley Site; and

19          **c)**   Serve as general environmental counsel for the Debtors, including all

20  work related to the mandated remediation ordered by the Environmental Protection Agency and

21  removal of Scotts Valley Site from the National Priorities List.

22  As described in the Employment Application prior to the Petition Date, the Debtors utilized

23  WSGR to advise and represent it as counsel for the sale of the Scotts Valley Site. The Scotts Valley

24  Site was designated as a "Superfund" site on the National Priorities List in 1990 and therefore the

25  Debtors have also required counsel on environmental issues.

26  On August 11, 2009, this Court entered the ORDER GRANTING APPLICATION OF DEBTOR FOR

27

28      [1] All capitalized terms not defined herein shall be given the same meaning ascribed in the
Employment Application.

RPR
K:\Aviza\Pldgs\Apps\WSGR Fee App v2.docx

2    FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR
DEBTORS (WILSON SONSINI)

ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e) (the "Order") which authorized the Debtors to employ your Applicant. Additionally, the Order authorized the Debtors to pay WSGR an advance payment against fees and costs in the sum of $10,000. Pursuant to the Order, the advance payment may not be applied to attorneys' fees and costs without further order of the Court upon a duly noticed application for compensation. A copy of the Order is attached hereto as **Exhibit "A"**.

Additionally, as noted in the Employment Application, WSGR's fees are based on its normal hourly rates which are adjusted periodically in the normal course of WSGR's business, often due to the increased experience of a particular professional. The exhibits described below reference an hourly rate adjustment.

### 3. **Applicant's Fees**

Applicant seeks final approval of its fees incurred in this Chapter 11 case from June 9, 2009 through March 31, 2010 (the "Application Period") in the amount of $16,793.00. These fees can be broken down on a monthly basis as follows:

| Month | Fees | Total |
|-------|------|-------|
| June 2009 | $ 803.00 | $ 803.00 |
| August 2009 | $ 1,365.00 | $ 1,365.00 |
| September 2009 | $ 2,730.00 | $ 2,730.00 |
| October 2009 | $ 1,170.00 | $ 1,170.00 |
| December. 2009 | $ 1,300.00 | $ 1,300.00 |
| January 2010 | $ 290.00 | $ 290.00 |
| February 2010 | $ 2,320.00 | $ 2,320.00 |
| March 2010 | $ 6,815.00 | $ 6,815.00 |
| **Total Fees Incurred:** | $ 16,793.00 | $ 16,793.00 |
| **Total Fees:** | $ 16,793.00 | $ 16,793.00 |

### 4. **Prior Compensation**

This is the Applicant's first application for compensation in the within case. As noted above, pursuant to the Order, the Debtors were authorized to pay WSGR an advance payment against fees and costs in the sum of $10,000.

### 5. **Source of Compensation**

The source of compensation to be paid to your Applicant is cash held by the Debtors and the

RPR
K:\Aviza\Pld\Fee Apps\WSGR\Fees App A2.docx

3    FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR
DEBTORS (WILSON SONSINI)

Case: 09-54511    Doc# 542    Filed: 04/07/10    Entered: 04/07/10 14:08:53    Page 3 of
34

proceeds of the sale of assets to Sumitomo Precision Products Co., Ltd.

**6. History of the Case**

The full history and factual background for the cases, including the cases' success and progress, may be found in the SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEYS FOR DEBTORS (the "Murray Application") filed by Murray & Murray, bankruptcy counsel for the Debtors.

**7. Administrative Claims**

The only unpaid Chapter 11 administrative claims of which your Applicant is aware are those sums owned to professionals of the Debtors, as set forth in the Murray Application.

**8. Cash on Hand**

As of February 26, 2010, the Debtors report in the Monthly Operating Report that it had cash on hand of $2,370,945.00.

**9. Project Billing**

WSGR has included the following project billing categories in this Application:

**A. Insurance Matters**

This project billing category includes your Applicant's fees relative to the review and analysis of insurance issues relative to the Scotts Valley Site.

Your Applicant has incurred 3.4 hours in this category with resulting fees totaling $2,168.00.

**Project Summary**

Applicant's fees related to this project billing category are set forth and described in detail in the time record attached as **Exhibit "B"** hereto and by this reference incorporated herein, which exhibit indentified the individual professionals who performed specific services by the names indicated below and can be summarized as follows:

Professional hours expended:

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Gottschalk, Marc E. | 2.8 | $ 650.00 | $ 1,820.00 |
| McMorrow, Kimberly | 0.6 | $ 580.00 | $ 348.00 |
| **Totals** | **3.40** | | $ 2,168.00 |

RPR
K:\...\izz\Blg\Fee Apps\WSGR\Fee App 2.dot

Case: 09-54511   Doc# 542   Filed: 04/07/10   Entered: 04/07/10 14:08:52   Page 4 of 34

4   FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR
DEBTORS (WILSON SONSINI)

**B.  Environmental Issues**

This project billing category includes your Applicant's fees relative to the review and analysis of environmental reports, site investigations, and certain remediation issues.

Your Applicant has incurred 8.3 hours in this category with resulting fees totaling $5,485.00.

**Project Summary**

Applicant's fees related to this project billing category are set forth and described in detail in the time record attached as **Exhibit "B"** hereto and by this reference incorporated herein, which exhibit indentified the individual professionals who performed specific services by the names indicated below and can be summarized as follows:

Professional hours expended:

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Gottschalk, Marc E. | 7.1 | $ 650.00 | $ 4,615.00 |
| Gottschalk, Marc E. | 1.2 | $ 725.00 | $ 870.00 |
| Totals | 8.30 | | $ 5,485.00 |

**C.  Sale Transaction**

This project billing category includes your Applicant's fees relative to the sale of the Scotts Valley Site.  This project task included reviewing offers for the purchase of the property, revising the purchase and sale agreement, and corresponding with parties regarding the sale of the Scotts Valley Site.

Your Applicant has incurred 12.7 hours in this category with resulting fees totaling $9,140.00.

**Project Summary**

Applicant's fees related to this project billing category are set forth and described in detail in the time record attached as **Exhibit "B"** hereto and by this reference incorporated herein, which exhibit indentified the individual professionals who performed specific services by the names indicated below and can be summarized as follows:

/ / /

/ / /

/ / /

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (WILSON SONSINI)

Case: 09-54511    Doc# 542    Filed: 04/07/10    Entered: 04/07/10 11:05:23    Page 5 of 34

Professional hours expended:

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Gottschalk, Marc E. | 0.9 | $ 650.00 | $ 585.00 |
| Gottschalk, Marc E. | 11.8 | $ 725.00 | $ 8,555.00 |
| Totals | 12.70 | | $ 9,140.00 |

### 10. Billing Summary

In the course of its representation of the Debtors for this Application Period, the Applicant has devoted 24.4 hours of professional time in the performance of such services as indicated on **Exhibit "C"**.

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Gottschalk, Marc E. | 10.8 | $ 650.00 | $ 7,020.00 |
| Gottschalk, Marc E. | 13.0 | $ 725.00 | $ 9,425.00 |
| McMorrow, Kimberly | 0.6 | $ 580.00 | $ 348.00 |
| Totals | 24.40 | | $ 16,793.00 |

### 11. No Sharing Of Compensation

The Applicant has not shared any prior compensation and no agreement or understanding exists between WSGR and any other person for the sharing of compensation received or to be received for services rendered in, or in connection with, this case, except with the regular partners of WSGR.

### 12. Unpaid Chapter 11 Expense Of Administration Claims

The only unpaid Chapter 11 expense of administration claims, other than the claim of your Applicant as set forth herein, are those of the Debtors' other professionals, as set forth in the Murray Application. Your Applicant is advised by the Debtors that all other obligations incurred by the Debtors since the commencement of the case are being paid in the ordinary course of the Debtors' business.

### 13. Relief Requested

By this Application, WSGR seeks allowance and approval of payment for all fees incurred by WSGR in its representation of the Debtors during this Application Period but not yet compensated or reimbursed. Specifically, WSGR requests final approval of its Chapter 11 fees incurred during this Application Period in the amounts of $16,793.00. In view of the time expended,

RPR
K:\Aviza\BldFee\Apps\WSGR\Fee App v3.doc

6

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (WILSON SONSINI)

Case: 09-54511   Doc#: 342   Filed: 04/07/10   Entered: 04/07/10 14:06:53   Page 6 of 34

the responsibilities assumed, and the reputation and skill of WSGR, WSGR respectfully submits that the foregoing represents the reasonable value of the services rendered. WSGR believes that the services rendered were necessary, and that the fees requested constitute reasonable and necessary fees expended on behalf of the estate.

**WHEREFORE,** the Applicant prays that this Court enter its Order (i) approving the fees incurred by Applicant in its representation of the Debtors from June 9, 2009 through March 31, 2010 in the sum of $16,793.00 (ii) authorizing and directing the Debtors to pay Applicant the sum of $6,793.00 ($16,793.00 less the $10,000 advance payment) for services rendered from June 9, 2009 through March 31, 2010 but not yet compensated; (iii) authorizing Applicant to apply advance payment to incurred attorney's fees; and (iv) for such other and further relief as the Court deems just and proper.

Dated: April 6, 2010

Respectfully submitted,

**Wilson Sonsini Goodrich & Rosati**

By: _/s/ Marc Edward Gottschalk_

Marc Edward Gottschalk
Counsel for Debtors

RPR
K:\Aviza\Pld\FeeApps\WSGR\Fee App v2.docx

7

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS (WILSON SONSINI)

Case: 09-54511    Doc# 542    Filed: 04/07/10    Entered: 04/07/10 14:06:28    Page 7 of 34

## CERTIFICATION RE COMPLIANCE WITH GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS

I, Marc Edward Gottschalk, am the professional designated by WSGR (the "Applicant") with the responsibility in these cases for compliance with the GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS AND TRUSTEES (the "Guidelines") promulgated by this Court on July 8, 2004, and I hereby certify that:

(1)     I have read the foregoing Application;

(2)     To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought herein is in conformity with the Guidelines;

(3)     The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Applicant's clients;

(5)     Fees paid to the Applicant from, or on behalf of, the Debtors or their estates have not been and will not be divided or shared with any other person, natural or otherwise.

(6)     All of the time records attached to this Application are accurate and were recorded in the regular and ordinary course of business contemporaneously with the services provided; and

(7)     This Application was transmitted to the Debtors with the cover letter required by the Guidelines, a copy of which is attached hereto as **Exhibit "D"** and by this reference incorporated herein.

I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

Executed this 6th day of April, 2010.

*/s/ Marc Edward Gottschalk*
Marc Edward Gottschalk

RPR
K:\Aviza\Pld\FeeApps\WSGR\Fee App v2.docx

8     FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR
DEBTORS (WILSON SONSINI)

Case: 09-54511    Doc# 542    Filed: 04/07/10    Entered: 04/07/10 14:00:15 of Page 8 of
34

## **EXHIBIT INDEX**

**EXHIBIT A**   Order Authorizing and Approving Employment of Counsel

**EXHIBIT B**   Project Billing re Billing Details

**EXHIBIT C**   Project Bill Summary

**EXHIBIT D**   Letter to Debtors re Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RPR
K:\Avian\Bld\ForApps\WSGR\Fee App v3.doc

9

FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR
DEBTORS (WILSON SONSINI)

Case: 09-34511  Doc# 542  Filed: 04/07/10  Entered: 04/07/10 16:06:53  Page 9 of
34

1  MARC EDWARD GOTTSCHALK (171544)
   WILSON SONSINI GOODRICH & ROSATI
2  650 Page Mill Road
   Palo Alto, CA  94304-1050
3  Telephone: 650-493-9300
   Facsimile: 650-493-6811
4  Email:  mgottschalk@wsgr.com

5  Attorneys for Debtors

6

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10 In re:                              )  Jointly Administered Chapter 11 Cases
                                       )
11                                     )
          **ATI LIQUIDATING, INC.,**   )  Case No. 09-54511-RLE-11
12        formerly known as            )
          Aviza Technology, Inc.,      )
13        Employer's Tax ID No.: 20-1979646 )
                                       )
14                                     )
          **AI LIQUIDATING, INC.,**    )  Case No. 09-54514-RLE-11
15        formerly known as Aviza, Inc., )
          Employer's Tax ID No.: 20-0249205 )
16                                     )
                                       )
17        **TTI LIQUIDATING, INC.,**   )  Case No. 09-54515-RLE-11
          formerly known as           )
18        Trikon Technologies, Inc.,   )
          Employer's Tax ID No.: 95-4054321 )
19                                     )  Date:   April 28, 2010
                                       )  Time:   10:30 a.m.
20        Debtor(s).                   )  Place:  United States Bankruptcy Court
                                       )          280 S. First Street, Room 3099
21        440 Kings Village Road       )          San Jose, CA  95113
          Scotts Valley, CA  95066     )  Judge:  Honorable Roger L. Efremsky
22                                     )

23

24                      Exhibit "A"

25                          To

26    First And Final Application For Compensation And
      Reimbursement Of Expenses By Special Counsel For Debtors
27            (Wilson Sonsini Goodrich & Rosati)

28

1  JOHN WALSHE MURRAY (074823)
   ROBERT A. FRANKLIN (091653)
2  DORIS A. KAELIN (162069)
   MURRAY & MURRAY
3  A Professional Corporation
   19400 Stevens Creek Blvd., Suite 200
4  Cupertino, CA 95014-2548
   Telephone: (650) 852-9000; (408) 907-9200
5  Facsimile: (650) 852-9244
   Email: jwmurray@murraylaw.com
6  Email: rfranklin@murraylaw.com
   Email: dkaelin@murraylaw.com

7

8  Attorneys for Debtors

9

The following constitutes
the order of the court. Signed August 10, 2009

_Roger L. Efremsky_
Roger L. Efremsky
U.S. Bankruptcy Judge

10                **UNITED STATES BANKRUPTCY COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN JOSE DIVISION**

13  In re:                                    )  Jointly Administered Chapter 11 Cases
                                              )
14                                            )
        **AVIZA TECHNOLOGY, INC.,**           )  Case No. 09-54511-RLE-11
15          A Delaware corporation            )
            Employer's Tax ID No.: 20-1979646 )
16                                            )
                                              )
17      **AVIZA, INC.,**                      )  Case No. 09-54514-RLE-11
            A Delaware corporation            )
18          Employer's Tax ID No.: 20-0249205 )
                                              )
19                                            )
        **TRIKON TECHNOLOGIES, INC.,**        )  Case No. 09-54515-RLE-11
20          A Delaware corporation            )
            Employer's Tax ID No.: 95-4054321 )
21                                            )  Date:   July 29, 2009
                                              )  Time:   10:30 a.m.
22              Debtor(s).                    )  Place:  United States Bankruptcy Court
                                              )          280 S. First St., Room 3099
23      440 Kings Village Road                )          San Jose, CA 95113
        Scotts Valley, CA 95066               )  Judge:  Honorable Roger L. Efremsky
24                                            )

25

26  **ORDER GRANTING APPLICATION OF DEBTOR FOR ORDER AUTHORIZING AND**
    **APPROVING EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)**
27                  (WILSON SONSINI GOODRICH & ROSATI)

28  The APPLICATION OF DEBTORS FOR ORDER AUTHORIZING AND APPROVING (i) EMPLOYMENT

RPR
K:\Aviza\Pld\Employ\WSGR\App ORD v2.doc

1   ORDER GRANTING APPLICATION OF DEBTOR FOR ORDER
    AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL
    COUNSEL (WILSON SONSINI GOODRICH & ROSATI)...

1　OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e) AND (ii) PAYMENT OF RETAINER PURSUANT

2　TO 11 U.S.C. § 363 (the "Application") of Aviza Technology, Inc., Aviza, Inc., and Trikon

3　Technologies Inc., the debtors and debtors in possession herein (collectively the "Debtors"), seeking

4　authority to employ Wilson, Sonsini, Goodrich & Rosati ("WSGR") as their special real estate

5　counsel having came on for hearing before this Court on July 15, 2009 and again on July 29, 2009

6　after appropriate notice; the Debtors having appeared by and through their counsel Murray &

7　Murray, a Professional Corporation and John Walshe Murray; creditor United Commercial Bank

8　("UCB"), as agent for secured lenders UCB, East West Bank and ChinaTrust Bank (USA) having

9　appeared by and through its counsel Orrick, Herrington & Sutcliffe LLP and Frederick D. Holden,

10　Jr.; the Official Committee of Unsecured Creditors (the "Committee") having appeared by and

11　through its counsel Binder & Malter LLP and Robert G. Harris; the Court having heard the

12　arguments and representations of counsel; it appearing to the Court that WSGR does not hold or

13　represent an interest adverse to the Debtors or to the estates with respect to the matters on which it is

14　to be employed, that WSGR's employment is necessary and is in the best interest of the bankruptcy

15　estates; and good cause appearing therefor;

16　　**IT IS HEREBY ORDERED** as follows:

17　　1.　　The Application is granted subject to the terms of this order, effective as of the

18　Petition Date, and the Debtors are authorized to employ WSGR as their special counsel in aid of

19　these proceedings for the purposes and upon the terms and conditions described in the Application.

20　　2.　　The Debtors are authorized to pay WSGR an advance payment (the "Advance

21　Payment") against fees and costs in the sum of $10,000. The Advance Payment may not be applied

22　to attorneys' fees and costs without further order of this Court upon a duly noticed application for

23　compensation.

24　　3.　　It is not necessary for the Debtors to file separate applications for authority to employ

25　WSGR in the Aviza, Inc. and Trikon Technologies, Inc. cases, and this Order shall suffice as

26　authority for the Debtors' employment of WSGR in all three jointly administered cases.

27　　4.　　WSGR may maintain a single record of attorneys' time and costs for all three

28　bankruptcy estates.

RPR
K:\Aviza\Pld\Employ\WSGR\App ORD v2.doc

2　ORDER GRANTING APPLICATION OF DEBTOR FOR ORDER
AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL
COUNSEL (WILSON SONSINI GOODRICH & ROSATI)...

Case: 09-54511　　Doc# 542　　Filed: 04/07/10　　Entered: 04/07/10 14:06:28　　Page 12 of
34

Approved As To Form and Content

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Frederick D. Holden, Jr.*
    Frederick D. Holden, Jr.
    Attorneys for United Commercial Bank,
    as Agent for the Secured Lenders

BINDER & MALTER LLP


By: */s/ Robert G. Harris*
    Robert G. Harris
    Attorneys for Official Committee of Unsecured Creditors

THE UNITED STATES TRUSTEE HAS NO OBJECTION TO THE ENTRY OF THIS ORDER.

UNITED STATES TRUSTEE


By: */s/ Nanette Dumas*
    Nanette Dumas
    Attorney for United States Trustee

**\*\*END OF ORDER\*\***

RPR
K:\Aviza\Pld\Employ\WSGR\App ORD v2.doc

3    ORDER GRANTING APPLICATION OF DEBTOR FOR ORDER
     AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL
     COUNSEL (WILSON SONSINI GOODRICH & ROSATI)...

Case: 09-54511    Doc# 542    Filed: 04/07/10    Entered: 04/07/10 14:06:28    Page 13 of
34

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | **Debtor** |
| 3 | Patrick C. O'Connor |
| | Aviza Technology, Inc. |
| 4 | 440 Kings Village Road |
| | Scotts Valley, CA 95066 |
| 5 | |
| 6 | **U.S. Trustee** |
| | Office of the U.S. Trustee |
| 7 | Attn: Nanette Dunas |
| | U.S. Federal Building |
| 8 | 280 S. First Street, #268 |
| | San Jose, CA 95113-3004 |
| 9 | |
| 10 | **Attorneys for Debtor** |
| | John Walshe Murray |
| 11 | Murray & Murray |
| | A Professional Corporation |
| 12 | 19400 Stevens Creek Blvd., Suite 200 |
| | Cupertino, CA 95014-2548 |
| 13 | **COUNSEL TO CREDITORS' COMMITTEE** |
| | Robert G. Harris |
| 14 | Binder & Malter LLP |
| | 2775 Park Avenue |
| 15 | Santa Clara, CA 95050 |
| 16 | **REQUEST FOR SPECIAL NOTICE** |
| 17 | ***Attorneys for United Commercial Bank,*** |
| | ***as Agent for the Secured Lenders*** |
| 18 | Frederick D. Holden, Jr. |
| | Orrick, Herrington & Sutcliffe LLP |
| 19 | The Orrick Building |
| | 405 Howard Street |
| 20 | San Francisco, CA 94105-2669 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

RPR
K:\Aviza\Pld\Employ\WSGR\App ORD v2.doc

4  ORDER GRANTING APPLICATION OF DEBTOR FOR ORDER
AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL
COUNSEL (WILSON SONSINI GOODRICH & ROSATI)...

1 | MARC EDWARD GOTTSCHALK (171544)
WILSON SONSINI GOODRICH & ROSATI
2 | 650 Page Mill Road
Palo Alto, CA 94304-1050
3 | Telephone: 650-493-9300
Facsimile: 650-493-6811
4 | Email: mgottschalk@wsgr.com

5 | Attorneys for Debtors

6

7 | **UNITED STATES BANKRUPTCY COURT**

8 | **NORTHERN DISTRICT OF CALIFORNIA**

9 | **SAN JOSE DIVISION**

10 | In re: ) Jointly Administered Chapter 11 Cases
   |       )
11 |       )
   | **ATI LIQUIDATING, INC.,** )
12 | formerly known as ) Case No. 09-54511-RLE-11
   | Aviza Technology, Inc., )
13 | Employer's Tax ID No.: 20-1979646 )
   |       )
14 |       )
   | **AI LIQUIDATING, INC.,** )
15 | formerly known as Aviza, Inc., ) Case No. 09-54514-RLE-11
   | Employer's Tax ID No.: 20-0249205 )
16 |       )
   |       )
17 | **TTI LIQUIDATING, INC.,** )
   | formerly known as ) Case No. 09-54515-RLE-11
18 | Trikon Technologies, Inc., )
   | Employer's Tax ID No.: 95-4054321 )
19 |       )
   |       ) Date: April 28, 2010
20 | Debtor(s). ) Time: 10:30 a.m.
   |       ) Place: United States Bankruptcy Court
21 | 440 Kings Village Road ) 280 S. First Street, Room 3099
   | Scotts Valley, CA 95066 ) San Jose, CA 95113
22 |       ) Judge: Honorable Roger L. Efremsky

23

24 | EXHIBIT "B"

25 | To

26 | FIRST AND FINAL APPLICATION FOR COMPENSATION AND
   | REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS
27 | (WILSON SONSINI GOODRICH & ROSATI)

28

# WSGR Wilson Sonsini Goodrich & Rosati
### PROFESSIONAL CORPORATION

FED TAX I.D. 94-2451946

TEL 650-845-5995
FAX 866-974-7329

finance@wsgr.com

**REMIT PAYMENT TO:** File No. 73672, P.O. Box 60000, San Francisco, CA 94160-3672
**WIRE TO:** Bank of America, Acct No. 14849-00602, ABA No. 0260-0959-3, SWIFT Code: BOFAUS3N
**CORRESPONDENCE TO:** Accounts Receivable, 650 Page Mill Road, Palo Alto, CA 94304-1050
**Please reference Invoice #, Client Name and Client-Matter # on all payments and correspondence.**

Aviza Technology Inc
Attn: Rich Naslund, Controller
Accounts Payable
440 Kings Village Rd
Scotts Valley, CA 95066-4027

| | | |
|---|---|---|
| **Invoice #** | : | **1207475-M** |
| **Invoice Total** | : | **$ 803.00** |
| Invoice Date | : | 07/31/09 |
| Client-Matter | : | 30132-006 |
| Attorney | : | Marc E. Gottschalk |

Aviza Technology Inc
Re: Scotts Valley Environmental Matters

---

| PHASE / TASK SUMMARY | AMOUNT |
|---|---|
| *IM – Insurance Matters* | $ 803.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | **IM – INSURANCE MATTERS** | | |
| 06/15/09 | **(IM)** Kimberly McMorrow – Insurance Matters - Conference call with J. Theiss re environment al insurance policy | 0.6 | 348.00 |
| 06/25/09 | **(IM)** Marc E. Gottschalk – Insurance Matters - Call with S. Block and D. Spencer re insurance issues | 0.7 | 455.00 |
| | *Subtotal for IM – Insurance Matters* | 1.3 | **$803.00** |

TOTAL HOURS    1.70

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Marc E. Gottschalk | 0.7 | 650.00 | $ 455.00 |
| Kimberly McMorrow | 0.6 | 580.00 | $ 348.00 |
| **CURRENT FEES** | | | $ 803.00 |

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

| | |
|---|---|
| Scotts Valley Environmental Matters | **Invoice #** : **1207475** |
| 30132-006 | Date : 07/31/09 |

**TOTAL INVOICE DUE**     **$ 803.00**

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

FED TAX I.D. 94-2451946

TEL 650-845-5995
FAX 866-974-7329

finance@wsgr.com

REMIT PAYMENT TO: File No. 73672, P.O. Box 60000, San Francisco, CA 94160-3672
WIRE TO: Bank of America, Acct No. 14849-00602, ABA No. 0260-0959-3, SWIFT Code: BOFAUS3N
CORRESPONDENCE TO: Accounts Receivable, 650 Page Mill Road, Palo Alto, CA 94304-1050
Please reference Invoice #, Client Name and Client-Matter # on all payments and correspondence.

Aviza Technology Inc
Attn: Rich Naslund, Controller
Accounts Payable
440 Kings Village Rd
Scotts Valley, CA 95066-4027

| | | |
|---|---|---|
| **Invoice #** | : | **1221570** |
| **Invoice Total** | : | **$ 4,095.00** |
| Invoice Date | : | 10/22/09 |
| Client-Matter | : | 30132-006 |
| Attorney | : | Marc E. Gottschalk |

Aviza Technology Inc
Re: Scotts Valley Environmental Matters

---

### PHASE / TASK SUMMARY

| | AMOUNT |
|---|---|
| *EI – Environmental Issues* | $ 1,10500 |
| *IM – Insurance Matters* | $ 2,990.00 |

---

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | **EI – ENVIRONMENTAL ISSUES** | | |
| 08/26/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Prepare for conference call (0.4); conference call re EPA letter to Arcadis (0.8) | 1.2 | 780.00 |
| 09/02/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Call with S. Block re Scotts Valley remediation issues (0.4); review environmental reports (0.3) | 0.7 | 455.00 |
| 09/08/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Call re site investigation matters with all parties | 0.9 | 585.00 |
| 09/10/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Review Arcadis response letter to EPA | 0.4 | 260.00 |
| 09/30/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Review closure report (1.0); call with D. Spencer and P. O'Connor re company liabilities for contamination (0.4) | 1.4 | 910.00 |
| | *Subtotal for EI – Environmental issues* | 4.6 | **$2,990.00** |
| | **IM – INSURANCE MATTERS** | | |
| 08/24/09 | **(IM)** Marc E. Gottschalk – Insurance Matters - Call with S. Block re insurance issues (0.5); review insurance (0.4) | 0.9 | 585.00 |
| 09/01/09 | **(IM)** Marc E. Gottschalk – Insurance Matters - Call with S. Block re insurance issues | 0.8 | 520.00 |
| | *Subtotal for IM – Insurance Matters* | 1.7 | **$1,105.00** |

PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

| | | | |
|---|---|---|---|
| Scotts Valley Environmental Matters | | **Invoice #** | : **1221570** |
| 30132-006 | | Date | : 10/22/09 |

| DATE | PROFESSIONAL SERVICES | | HOURS | AMOUNT |
|---|---|---|---|---|
| | | | TOTAL HOURS | 6.30 |

| | FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Marc E. Gottschalk | 6.3 | 650.00 | $ 4,095.00 |
| | | | CURRENT FEES | $ 4,095.00 |

| | | |
|---|---|---|
| | **TOTAL INVOICE DUE** | **$ 4,095.00** |

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

# W S G R  Wilson Sonsini Goodrich & Rosati
**PROFESSIONAL CORPORATION**

FED TAX I.D.  94-2451946

TEL 650-845-5995
FAX 866-974-7329

finance@wsgr.com

REMIT PAYMENT TO: File No. 73672, P.O. Box 60000, San Francisco, CA 94160-3672
WIRE TO: Bank of America, Acct No. 14849-00602, ABA No. 0260-0959-3, SWIFT Code: BOFAUS3N
CORRESPONDENCE TO: Accounts Receivable, 650 Page Mill Road, Palo Alto, CA 94304-1050
**Please reference Invoice #, Client Name and Client-Matter # on all payments and correspondence.**

Aviza Technology Inc
Attn: Rich Naslund, Controller
Accounts Payable
440 Kings Village Rd
Scotts Valley, CA 95066-4027

| | | |
|---|---|---|
| **Invoice #** | : | **1230731** |
| **Invoice Total** | : | **$ 1,170.00** |
| Invoice Date | : | 12/15/09 |
| Client-Matter | : | 30132-006 |
| Attorney | : | Marc E. Gottschalk |

Aviza Technology Inc
Re: Scotts Valley Environmental Matters

| PHASE / TASK SUMMARY | AMOUNT |
|---|---|
| *EI –Environmental Issues* | $ 1,170.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | **EI – ENVIRONMENTAL ISSUES** | | |
| 10/08/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Call with L. Sewell re groundwater pumping issues | 0.4 | 260.00 |
| 10/12/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Correspondence re groundwater treatment issues | 0.3 | 195.00 |
| 10/17/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Review environmental reports | 0.4 | 260.00 |
| 10/22/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Review Arcadis response to EPA comments | 0.7 | 455.00 |
| | *Subtotal for EI  - Environmental Issues* | **1.8** | **$1,170.00** |

| | TOTAL HOURS | 1.80 |
|---|---|---|

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Marc E. Gottschalk | 1.8 | 650.00 | $ 1,170.00 |

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

| Scotts Valley Environmental Matters | | Invoice # | : | 1230731 |
|---|---|---|---|---|
| 30132-006 | | Date | : | 12/15/09 |

**CURRENT FEES** $ 1,170.00

**TOTAL INVOICE DUE** $ 1,170.00

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

FED TAX I.D. 94-2451946

TEL 650-845-5995
FAX 866-974-7329

finance@wsgr.com

REMIT PAYMENT TO: File No. 73672, P.O. Box 60000, San Francisco, CA 94160-3672
WIRE TO: Bank of America, Acct No. 14849-00602, ABA No. 0260-0959-3, SWIFT Code: BOFAUS3N
CORRESPONDENCE TO: Accounts Receivable, 650 Page Mill Road, Palo Alto, CA 94304-1050
**Please reference Invoice #, Client Name and Client-Matter # on all payments and correspondence.**

Aviza Technology Inc
Attn: Rich Naslund, Controller
Accounts Payable
440 Kings Village Rd
Scotts Valley, CA 95066-4027

| | | |
|---|---|---|
| **Invoice #** | : | **1252318** |
| **Invoice Total** | : | **$ 715.00** |
| Invoice Date | : | 02/26/10 |
| Client-Matter | : | 30132-006 |
| Attorney | : | Marc E. Gottschalk |

Aviza Technology Inc
Re: Scotts Valley Environmental Matters

**NOTE: This invoice replaces invoice # 1245143, dated 2/26/10.**

| PHASE / TASK SUMMARY | AMOUNT |
|---|---|
| *EI - Environmental Issues* | $ 455.00 |
| *IM - Insurance Matters* | $ 260.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | **EI – ENVIRONMENTAL ISSUES** | | |
| 12/04/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Brief review of EPA meeting agenda | 0.3 | 195.00 |
| 12/08/09 | **(EI)** Marc E. Gottschalk – Environmental Issues - Call with Triquint counsel re deal status | 0.4 | 260.00 |
| | *Subtotal for EI - Environmental Issues* | 0.7 | **$455.00** |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | **IM – INSURANCE MATTERS** | | |
| 12/02/09 | **(IM)** Marc E. Gottschalk – Insurance Matters - Call re new deal terms and insurance issues | 0.4 | 260.00 |
| | *Subtotal for IM - Insurance Matters* | 0.4 | **$260.00** |

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

| Scotts Valley Environmental Matters | Invoice # | : | 1252318 |
| 30132-006 | Date | : | 02/26/10 |

|  |  | TOTAL HOURS | 1.10 |
| --- | --- | --- | --- |
| **FEE SUMMARY** | **HOURS** | **RATE** | **AMOUNT** |
| Marc E. Gottschalk | 1.1 | 650.00 | $ 715.00 |
|  |  | **CURRENT FEES** | **$ 715.00** |
|  |  | **TOTAL INVOICE DUE** | **$ 715.00** |

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

**WSGR** **Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

REMIT PAYMENT TO: File No. 73672, P.O. Box 60000, San Francisco, CA 94160-3672
WIRE TO: Bank of America, Acct No. 14849-00602, ABA No. 0260-0959-3, SWIFT Code: BOFAUS3N
CORRESPONDENCE TO: Accounts Receivable, 650 Page Mill Road, Palo Alto, CA 94304-1050
Please reference Invoice #, Client Name and Client-Matter # on all payments and correspondence.

FED TAX I.D. 94-2451946

TEL 650-845-5995
FAX 866-974-7329

finance@wsgr.com

Aviza Technology Inc
Attn: Rich Naslund, Controller
Accounts Payable
440 Kings Village Rd
Scotts Valley, CA 95066-4027

| | | |
|---|---|---|
| **Invoice #** | : | **1252319** |
| **Invoice Total** | : | **$ 875.00** |
| Invoice Date | : | 02/26/10 |
| Client-Matter | : | 30132-008 |
| Attorney | : | Marc E. Gottschalk |

Aviza Technology Inc
Re: Sale of Scotts Valley, CA Property

**NOTE: This invoice replaces invoice # 1245144, dated 2/26/10.**

---

| PHASE / TASK SUMMARY | AMOUNT |
|---|---|
| *ST - Sale Transaction* | $ 875.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | ST – SALE TRANSACTION | | |
| 12/11/09 | **(ST)** Marc E. Gottschalk – Sale Transaction - Review and revise letter of intent and send to client | 0.9 | 585.00 |
| 01/06/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Review offer for property purchase | 0.4 | 290.00 |
| | *Subtotal for ST - Sale Transaction* | 1.3 | **$875.00** |

| | TOTAL HOURS | 1.30 |
|---|---|---|

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Marc E. Gottschalk | 0.9 | 650.00 | $ 585.00 |
| Marc E. Gottschalk | 0.4 | 725.00 | $ 290.00 |
| | | CURRENT FEES | $ 875.00 |

PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| Sale of Scotts Valley, CA Property | Invoice # : | 1252319 |
| 30132-008 | Date : | 02/26/10 |

**TOTAL INVOICE DUE**        **$ 875.00**

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

# WSGR  Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

FED TAX I.D. 94-2451946

TEL 650-845-5995
FAX 866-974-7329

finance@wsgr.com

REMIT PAYMENT TO: File No. 73672, P.O. Box 60000, San Francisco, CA 94160-3672
WIRE TO: Bank of America, Acct No. 14849-00602, ABA No. 0260-0959-3, SWIFT Code: BOFAUS3N
CORRESPONDENCE TO: Accounts Receivable, 650 Page Mill Road, Palo Alto, CA 94304-1050
**Please reference Invoice #, Client Name and Client-Matter # on all payments and correspondence.**

Aviza Technology Inc
Attn: Rich Naslund, Controller
Accounts Payable
440 Kings Village Rd
Scotts Valley, CA 95066-4027

| | | |
|---|---|---|
| **Invoice #** | : | **1252329** |
| **Invoice Total** | : | **$ 870.00** |
| Invoice Date | : | 04/05/10 |
| Client-Matter | : | 30132-006 |
| Attorney | : | Marc E. Gottschalk |

Aviza Technology Inc
Re: Scotts Valley Environmental Matters

| PHASE / TASK SUMMARY | AMOUNT |
|---|---|
| *EI - Environmental Issues* | $ 870.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | **EI – ENVIRONMENTAL ISSUES** | | |
| 02/19/10 | **(EI)** Marc E. Gottschalk – Environmental Issues - Conference call re EPA statement of work | 0.7 | 507.50 |
| 02/26/10 | **(EI)** Marc E. Gottschalk – Environmental Issues - Review comments to Arcadis scope of work | 0.5 | 362.50 |
| | *Subtotal for EI - Environmental Issues* | **1.2** | **$870.00** |

| | TOTAL HOURS | 1.20 |
|---|---|---|

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Marc E. Gottschalk | 1.2 | 725.00 | $ 870.00 |
| | | CURRENT FEES | $ 870.00 |

**PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.**

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

| | |
|---|---|
| Scotts Valley Environmental Matters | **Invoice #** : **1252329** |
| 30132-006 | Date : 04/05/10 |

**TOTAL INVOICE DUE**      **$ 870.00**

FED TAX I.D. 94-2451946

TEL 650-845-5995
FAX 866-974-7329

finance@wsgr.com

REMIT PAYMENT TO: File No. 73672, P.O. Box 60000, San Francisco, CA 94160-3672
WIRE TO: Bank of America, Acct No. 14849-00602, ABA No. 0260-0959-3, SWIFT Code: BOFAUS3N
CORRESPONDENCE TO: Accounts Receivable, 650 Page Mill Road, Palo Alto, CA 94304-1050
Please reference Invoice #, Client Name and Client-Matter # on all payments and correspondence.

Aviza Technology Inc
Attn: Rich Naslund, Controller
Accounts Payable
440 Kings Village Rd
Scotts Valley, CA 95066-4027

| | | |
|---|---|---|
| **Invoice #** | : | **1252330** |
| **Invoice Total** | : | **$ 8,265.00** |
| Invoice Date | : | 04/05/10 |
| Client-Matter | : | 30132-008 |
| Attorney | : | Marc E. Gottschalk |

Aviza Technology Inc
Re: Sale of Scotts Valley, CA Property

| PHASE / TASK SUMMARY | AMOUNT |
|---|---|
| *ST - Sale Transaction* | $ 8,265.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | **ST – SALE TRANSACTION** | | |
| 02/22/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Review revisions to purchase and sale agreement | 1.2 | 870.00 |
| 02/24/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Call with P. O'Connor to discuss purchase and sale agreement provisions | 0.8 | 580.00 |
| 03/02/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Review and revise purchase and sale agreement | 3.4 | 2,465.00 |
| 03/02/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Call with client to discuss | 0.5 | 362.50 |
| 03/09/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Review bankruptcy attorney comments to agreement | 0.5 | 362.50 |
| 03/09/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Revise and send out | 0.6 | 435.00 |
| 03/17/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Review draft of purchase and sale agreement | 0.9 | 652.50 |
| 03/19/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Correspondence with client re deletion of closing condition provisions | 0.4 | 290.00 |
| 03/22/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Call with E. Newman re environmental issues | 0.4 | 290.00 |
| 03/26/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Call with J. Murray re bankruptcy issues in purchase and sale agreement | 0.5 | 362.50 |
| 03/26/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Call with E. Newman re overbid options | 0.6 | 435.00 |
| 03/29/10 | **(ST)** Marc E. Gottschalk – Sale Transaction - Review and revise | 0.8 | 580.00 |

PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

| Sale of Scotts Valley, CA Property | Invoice # | : | 1252330 |
|---|---|---|---|
| 30132-008 | Date | : | 04/05/10 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | purchase agreement | | |
| 03/29/10 | (ST) Marc E. Gottschalk – Sale Transaction - Call with client | 0.4 | 290.00 |
| 03/29/10 | (ST) Marc E. Gottschalk – Sale Transaction - Correspondence with E. Newman | 0.4 | 290.00 |
| | *Subtotal for ST - Sale Transaction* | 11.4 | **$8,265.00** |

| | | TOTAL HOURS | 11.40 |
|---|---|---|---|

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Marc E. Gottschalk | 11.4 | 725.00 | $ 8,265.00 |
| | | CURRENT FEES | $ 8,265.00 |

| | TOTAL INVOICE DUE | $ 8,265.00 |
|---|---|---|

PAYMENT DUE NET 30 DAYS FROM INVOICE DATE. PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING PAYMENT.

Case: 09-54511    Doc# 542    Filed: 04/07/10    Entered: 04/07/10 14:06:28    Page 29 of 34

1 | MARC EDWARD GOTTSCHALK (171544)
WILSON SONSINI GOODRICH & ROSATI
2 | 650 Page Mill Road
Palo Alto, CA 94304-1050
3 | Telephone: 650-493-9300
Facsimile: 650-493-6811
4 | Email: mgottschalk@wsgr.com

5 | Attorneys for Debtors

6 |

7 | **UNITED STATES BANKRUPTCY COURT**

8 | **NORTHERN DISTRICT OF CALIFORNIA**

9 | **SAN JOSE DIVISION**

10 | In re: ) Jointly Administered Chapter 11 Cases
)
11 | )
**ATI LIQUIDATING, INC.,** ) Case No. 09-54511-RLE-11
12 | formerly known as )
Aviza Technology, Inc., )
13 | Employer's Tax ID No.: 20-1979646 )
)
14 | )
**AI LIQUIDATING, INC.,** ) Case No. 09-54514-RLE-11
15 | formerly known as Aviza, Inc., )
Employer's Tax ID No.: 20-0249205 )
16 | )
)
17 | **TTI LIQUIDATING, INC.,** ) Case No. 09-54515-RLE-11
formerly known as )
18 | Trikon Technologies, Inc., )
Employer's Tax ID No.: 95-4054321 )
19 | ) Date: April 28, 2010
) Time: 10:30 a.m.
20 | Debtor(s). ) Place: United States Bankruptcy Court
) 280 S. First Street, Room 3099
21 | 440 Kings Village Road ) San Jose, CA 95113
Scotts Valley, CA 95066 ) Judge: Honorable Roger L. Efremsky
22 | )

23 | **EXHIBIT "C"**

24 | **TO**

25 | **FIRST AND FINAL APPLICATION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS**
26 | **(WILSON SONSINI GOODRICH & ROSATI)**

27 |

28 |

**For the total period, combined tasks, by professional**

| Professional | Hours | Rate | | Amount |
|---|---|---|---|---|
| Gottschalk, Marc E. | 10.8 | $ | 650.00 | $ 7,020.00 |
| Gottschalk, Marc E. | 13.0 | $ | 725.00 | $ 9,425.00 |
| McMorrow, Kimberly | 0.6 | $ | 580.00 | $ 348.00 |
| **Grand Total** | **24.4** | | | **$16,793.00** |

1  MARC EDWARD GOTTSCHALK (171544)
   WILSON SONSINI GOODRICH & ROSATI
2  650 Page Mill Road
   Palo Alto, CA 94304-1050
3  Telephone: 650-493-9300
   Facsimile: 650-493-6811
4  Email: mgottschalk@wsgr.com

5  Attorneys for Debtors

6

7                 UNITED STATES BANKRUPTCY COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10 In re:                              )    Jointly Administered Chapter 11 Cases
                                       )
11                                     )
       **ATI LIQUIDATING, INC.,**      )    Case No. 09-54511-RLE-11
12     formerly known as               )
       Aviza Technology, Inc.,         )
13     Employer's Tax ID No.: 20-1979646 )
                                       )
14                                     )
       **AI LIQUIDATING, INC.,**       )    Case No. 09-54514-RLE-11
15     formerly known as Aviza, Inc.,  )
       Employer's Tax ID No.: 20-0249205 )
16                                     )
                                       )
17     **TTI LIQUIDATING, INC.,**      )    Case No. 09-54515-RLE-11
       formerly known as               )
18     Trikon Technologies, Inc.,      )
       Employer's Tax ID No.: 95-4054321 )
19                                     )    Date:   April 28, 2010
                                       )    Time:   10:30 a.m.
20             Debtor(s).              )    Place:  United States Bankruptcy Court
                                       )            280 S. First Street, Room 3099
21     440 Kings Village Road          )            San Jose, CA 95113
       Scotts Valley, CA 95066         )    Judge:  Honorable Roger L. Efremsky
22                                     )

23                          EXHIBIT "D"

24                              To

25       FIRST AND FINAL APPLICATION FOR COMPENSATION AND
         REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS
26                   (WILSON SONSINI GOODRICH & ROSATI)

27

28

## WSGR Wilson Sonsini Goodrich & Rosati
### PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050

PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

April 6, 2010

**VIA FEDEX**

**ATI LIQUIDATING, INC.**
Aviza Technology, Inc.
440 Kings Village Road
Scotts Valley, CA 95066

Attn.: Patrick C. O'Connor
Chief Executive Officer

**AI LIQUIDATING, INC.**
fka Aviza, Inc.
440 Kings Village Road
Scotts Valley, CA 95066

Attn.: Patrick C. O'Connor
Chief Executive Officer

**TTI LIQUIDATING, INC.**
fka Trikon Technologies, Inc.
440 Kings Village Road
Scotts Valley, CA 95066

Attn.: Patrick C. O'Connor
Chief Executive Officer

Re: ATI Liquidating, Inc.; Case No. 09-54511-RLE-11
AI Liquidating, Inc.; Case No. 09-54514-RLE-11
TTI Liquidating, Inc.; Case No. 09-54515-RLE-11

Dear Mr. O'Connor:

Enclosed please find a copy of Wilson Sonsini Goodrich & Rosati's FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL COUNSEL FOR DEBTORS which we are filing with the United States Bankruptcy Court (the "Bankruptcy Court"). The hearing on this application will be conducted in the Bankruptcy Court on April 28, 2010 at 10:30 o'clock a.m. before the Honorable Roger L. Efremsky.

The Court's Guidelines for Compensation and Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring fees and expenses of the estate's professionals. We

C:\NrPortbl\PALIB2\KLA\5021898_1.DOC

AUSTIN    NEW YORK    PALO ALTO    SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

ATI Liquidating, Inc.
AI Liquidating, Inc.
TTI, Inc
April 6, 2010
Page 2

invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The Court will also consider timely filed objections by any party in interest at the time of the hearing.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Marc Gottschalk

Enclosure

C:\NrPortbl\PALIB2\KLA\5021898_1.DOC